D. Michael Reilly, WSBA #14674
Steven D. Jensen, WSBA #26495
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone:  206.223.7000
Facsimile:  206.223.7107

HONORABLE LONNY R. SUKO

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| NANCY L. AUTREY,<br><br>                                  Plaintiff,<br><br>     v.<br><br>CASH & CARRY STORES, LLC, and<br>SMART & FINAL STORES, LLC,<br><br>                                  Defendants. | No. CV-11-00402 LRS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEFENDANT SMART & FINAL STORES, LLC, ETC.** |

THE COURT, having considered the Stipulated Motion for Dismissal of Defendant Smart & Final Stores, LLC, Etc., and being fully advised in the premises, NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The parties' stipulated motion, ECF No. 16, is GRANTED. All claims and causes of action against defendant Smart & Final Stores, LLC are hereby DISMISSED WITHOUT PREJUDICE and without an award of costs or fees to any party.

ORDER GRANTING STIPULATED MOTION FOR
DISMISSAL OF DEF SMART & FINAL, LLC - 1
No. CV-11-00402 LRS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

123427.0012/5275004.1

2. CASH & CARRY STORES LLC is a proper party to this action and shall remain as the sole, current defendant in this matter.

3. Defendant's name shall appear as "Cash & Carry Stores LLC" – without a comma – in all future captions of all future pleadings.

4. At trial, the parties may not seek to assign fault to Smart & Final Stores, LLC.

5. The following affirmative defense asserted by Cash & Carry Stores LLC is hereby dismissed without prejudice and without an award of costs or fees to any party:

> 8. Defect of parties.  Plaintiff has misidentified and/or sued incorrect parties.

DATED this 7th day of February, 2012.

*s/Lonny R. Suko*
_____
THE HONORABLE LONNY R. SUKO

Presented by:

LANE POWELL PC

By *s/ Steven D. Jensen*
_____
   Steven D. Jensen, WSBA No. 26495
Lane Powell PC
1420 Fifth Ave., Ste. 4100
Seattle, WA 98101-2338
T: 206-223-7000/F: 206-223-7107
Email: jensens@lanepowell.com
Attorneys for Defendants
Cash & Carry Stores LLC and
Smart & Final Stores, LLC

DANO & GILBERT

[Per Email / Telephonic Approval]

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEF SMART & FINAL, LLC - 2
No. CV-11-00402 LRS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

123427.0012/5275004.1

By *s/ William A. Gilbert*
　　William A. Gilbert, WSBA #30592
Dano & Gilbert
100 East Broadway
PO Box 2149
Moses Lake, WA 98837
T: 509-764-8426
F: 509-766-7764
Email: bgilbert@dgalaw.com
Attorneys for Plaintiff Nancy L. Autrey

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEF SMART & FINAL, LLC - 3
No. CV-11-00402 LRS
123427.0012/5275004.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107