UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY L. AUTREY,              ) | |
|                               ) | NO. CV-11-0402-LRS |
|           Plaintiff,          ) | |
|                               ) | ORDER DENYING STIPULATED MOTION |
|      -vs-                     ) | FOR PROTECTIVE ORDER |
|                               ) | |
| CASH & CARRY STORES, LLC,     ) | |
|                               ) | |
|           Defendant.          ) | |
|                               ) | |
|                               ) | |

BEFORE THE COURT is the parties' "Stipulation For Protective Order" (ECF No. 14) filed February 3, 2012.

The court reviewed the file, pending joint motion and supporting documentation and is fully informed. The court has concerns about entering the proposed protective order which has the effect of providing a blanket prohibition to disclosure without consideration of whether the same is either appropriate or in the public interest as to all matters covered by the language of the stipulation. As the court was not involved in the formulation of the proposed protective order attached to the motion, it declines to be a party to it, although the parties may by

ORDER - 1

stipulation agree to be bound by the terms which have been set forth therein.  Should a dispute arise concerning the confidentiality of a specific document or matter, the parties may move for court review and entry of a protective order at that time.

The parties' joint motion for protective order, **ECF No. 14**, filed February 3, 2012, is **DENIED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 9th day of February, 2012.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2