UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY L. AUTREY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CASH & CARRY STORES LLC,<br><br>　　　　　　　　Defendant. | NO:  11-CV-0402-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

　　　　Before the Court is the parties Stipulated Motion for Dismissal with Prejudice (EFC No. 26).  The motion was heard without oral argument.

　　　　The Plaintiffs submit that the above-captioned matter should be dismissed with prejudice and without costs or fees to either party.

　　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　　1. The parties Stipulated Motion for Dismissal with Prejudice (EFC No. 26) is **GRANTED** with prejudice and without costs or fees to either party.

///

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Executive is hereby directed to enter this Order, furnish

2  copies to counsel, and close the file.

3  **DATED** this 4th day of May, 2012.

4  *s/ Thomas O. Rice*

5  THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE ~ 2